UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CURTIS LITTLEJOHN *also known as*
CURTIS CRAIG LITTLEJOHN (c) TRUST,

                        Plaintiff,

    -v-                                9:17-CV-941
                                        (DNH/DEP)

S. CHANT, Correctional Officer, Washington
Correctional Facility,

                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                               OF COUNSEL:

CURTIS LITTLEJOHN *also known as*
   CURTIS CRAIG LITTLEJOHN (c) TRUST
Plaintiff pro se
15-A-0476
Last known address
Washington Correctional Facility
Box 180
72 Lock 11 Lane
Comstock, NY 12821

HON. ERIC T. SCHNEIDERMAN        ERIK BOULE PINSONNAULT, ESQ.
Attorney General for the State of New York  Ass't Attorney General
Attorney for Defendant
The Capitol
Albany, NY 12224


DAVID N. HURD
United States District Judge


## DECISION and ORDER

      Pro se plaintiff Curtis LittleJohn also known as CURTIS CRAIG LITTLEJOHN (c)

TRUST brought this civil rights action pursuant to 42 U.S.C. § 1983. On February 15, 2018,

the Honorable David E. Peebles, United States Magistrate Judge, advised by Report-

Recommendation that plaintiff's complaint be dismissed in its entirety pursuant to Federal Rule of Civil Procedure 41(b) based on plaintiff's failure to prosecute this action and failure to comply with the court's orders and local rules of practice. No objections to the Report-Recommendation were filed. The Report-Recommendation mailed to plaintiff's last known address was returned as undeliverable.

Based upon a careful review of the Report-Recommendation, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

This action is DISMISSED pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute.

The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  March 19, 2018
        Utica, New York.